```
1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  ANN LUOTTO WOLF
   Assistant United States Attorney
6  Asset Forfeiture Section
   California State Bar No. 137163
7       United States Courthouse
        411 West Fourth Street, Suite 8000
8       Santa Ana, California  92701
        Telephone:  (714) 338-3533
9       Facsimile:  (714) 338-3708
        Email:      Ann.Wolf@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 05-374 JVS (RNBx) |
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE STAY OF ACTION PENDING CONCLUSION OF RELATED CRIMINAL CASES;** [PROPOSED] **ORDER THEREON** |
| v. | |
| $99,402.00 IN U.S. CURRENCY, et al., | |
| Defendants. | |
| ALEX PALACIO, OMAR DHANANI aka OMAR PATRYN, and NAZMIN DHANANI, | |
| Claimants. | |

/ / /

/ / /

/ / /

Background

By stipulated order filed June 27, 2005, the Court stayed this matter until December 30, 2005. The case was stayed pursuant to 18 U.S.C. § 981(g) on the ground that claimants Alex Palacio and Omar Dhanani were defendants in criminal cases arising out of the same criminal conduct at issue in this forfeiture action and they believed that continuation of this proceeding would burden their right against self-incrimination in the related criminal matter. Unless the criminal cases were completed beforehand, the Court ordered the parties to file by December 30, 2005, a joint report informing the Court of the status of the related criminal cases.

Status of Related Criminal Cases

On November 17, 2005, claimant Omar Dhanani pled guilty in the District of New Jersey to conspiracy to defraud the United States; his sentencing is set for March 7, 2006. [See United States of America v. Mantovani, et al., CR 04-786-WJM.] On December 12, 2005, claimant Alex Palacio pled guilty in the Central District of California to conspiracy to defraud the United States; his sentencing is set for March 13, 2006. [See United States of America v. Palacio, CR 05-1113-RMT.]

Stipulation to Continue Stay

Accordingly, plaintiff and claimants hereby request that the Court continue the stay of this case until June 30, 2006. At that time, the parties will inform the Court of the status of the related criminal cases. If the related criminal cases are

/ / /

/ / /

1 | completed before that date, the parties will, within two weeks of
2 | the conclusion, lodge a stipulation to vacate the stay.
3 |     SO STIPULATED.
4 | DATED: December __, 2005    DEBRA WONG YANG
                         United States Attorney
5 |     Jan. 6, 2006               THOMAS P. O'BRIEN
                         Assistant United States Attorney
6 |                          Chief, Criminal Division
                         STEVEN R. WELK
7 |                          Assistant United States Attorney
                         Chief, Asset Forfeiture Section
8 |
9 |                          _____
                         ANN LUOTTO WOLF
10 |                         Assistant United States Attorney
11 |                         Attorneys for Plaintiff
12 |                         United States of America
13 |
14 | DATED: December __, 2005    LAW OFFICE OF SHAWN R. PEREZ
15 |
16 |                         {see attached}
                        _____
                        SHAWN R. PEREZ
17 |
                        Attorney for Claimant
18 |                         Alex Palacio
19 |
20 | DATED: December __, 2005    LAW OFFICES OF KENNETH L. SCHREIBER
21 |
22 |                         {see attached}
                        _____
                        KENNETH L. SCHREIBER
23 |
24 |                         Attorney for Claimants
                        Omar Dhanani aka Omar Patryn and
25 |                         Nazmin Dhanani
26 | / / /
27 | / / /
28 | / / /

1  completed before that date, the parties will, within two weeks of
2  the conclusion, lodge a stipulation to vacate the stay.
3      SO STIPULATED.
4  DATED: December __, 2005    DEBRA WONG YANG
    United States Attorney
5      THOMAS P. O'BRIEN
    Assistant United States Attorney
6      Chief, Criminal Division
    STEVEN R. WELK
7      Assistant United States Attorney
    Chief, Asset Forfeiture Section
8
9  _____
10 ANN LUOTTO WOLF
    Assistant United States Attorney
11     Attorneys for Plaintiff
    United States of America
12
13
14 DATED: December __, 2005    LAW OFFICE OF SHAWN R. PEREZ
15
16 _____
17 SHAWN R. PEREZ
    Attorney for Claimant
18     Alex Palacio
19
20 DATED: December __, 2005    LAW OFFICES OF KENNETH L. SCHREIBER
21
22 _____
23 KENNETH L. SCHREIBER
    Attorney for Claimants
24     Omar Dhanani aka Omar Patryn and
    Nazmin Dhanani
25
26 / / /
27 / / /
28 / / /

1  completed before that date, the parties will, within two weeks of
2  the conclusion, lodge a stipulation to vacate the stay.
3      SO STIPULATED.
4  DATED: December __, 2005    DEBRA WONG YANG
    United States Attorney
5      THOMAS P. O'BRIEN
    Assistant United States Attorney
6      Chief, Criminal Division
    STEVEN R. WELK
7      Assistant United States Attorney
    Chief, Asset Forfeiture Section

    _____
10     ANN LUOTTO WOLF
    Assistant United States Attorney

11     Attorneys for Plaintiff
    United States of America

14 DATED: December __, 2005    LAW OFFICE OF SHAWN R. PEREZ

    _____
    SHAWN R. PEREZ

    Attorney for Claimant
    Alex Palacio

20 DATED: Jan 3, 2005    LAW OFFICES OF KENNETH L. SCHREIBER

    /s/ Kenneth L. Schreiber
    _____
    KENNETH L. SCHREIBER

    Attorney for Claimants
    Omar Dhanani aka Omar Patryn and
    Nazmin Dhanani

26 / / /
27 / / /
28 / / /

3

## O R D E R

Pursuant to the stipulation of the parties and for good cause appearing, the request to stay this action until June 30, 2006, is GRANTED. At that time, the parties will file a joint report informing the Court of the status of the related criminal cases. If the related criminal cases are completed before June 30, 2006, the parties will, within two weeks of the conclusion, lodge a stipulation to vacate the stay.

IT IS SO ORDERED.

DATED: January 9, 2006

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

4